UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MILTON R. SEARCY,

                    Plaintiff,

   -against-                                        6:04-CV-0912
                                                     6:04-CV-0913
                                                       (LEK/RTF)

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on July 16, 2008 by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 34). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Milton R. Searcy, which were filed on July 22, 2008 and July 28, 2008. Objections (Dkt. No. 35, 36).[1]

It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or

---

[1] Plaintiff's submissions have been construed as objections to the Report-Recommendation. However, they are largely indecipherable and merely consist of repetitive lists of dates, citations to cases, federal regulations and laws, and state laws and rules, with some incoherent prose which appears to be copied from letters Plaintiff received from the Social Security Administration or this Court. The lists are occasionally written on and around other documents, including the Report-Recommendation.

1

recommendations made by the magistrate judge." Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 34) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Commissioner's decision denying disability benefits is **AFFIRMED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED: August 07, 2008
Albany, New York

Lawrence E. Kahn
U.S. District Judge